IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KATHLEEN MOORE,

    Plaintiff,

v.                                           Civil Action No. 1:18-cv-71
                                              Honorable Thomas S. Kleeh

HOSPICE CARE CORPORATION
d/b/a WV CARING and RON HICKS,

    Defendants.

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Kathleen Moore, and Defendants Hospice Care Corporation d/b/a WV Caring and Ron Hicks, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, hereby agree and stipulate to the voluntary dismissal of the above-styled action, with prejudice.

The Court thus ORDERS that this matter is hereby DISMISSED WITH PREJUDICE, with the Parties to bear their own costs and attorneys' fees. The Clerk of this Court is directed to forward copies of this Order to all counsel of record.

Enter this __13th__ day of __MARCH__, 2019.

                                                                THOMAS S. KLEEH
                                                                 UNITED STATES DISTRICT JUDGE

**PREPARED BY:**

*s/ Mark Goldner*
Mark Goldner, Esq. (WV State Bar No. 11286)
HUGHES & GOLDNER, PLLC
P.O. Box 11662
Charleston, WV 25339
TEL: (304) 400-4816
FAX: (910) 803-2249
mark@wvemploymentrights.com
*Counsel for Plaintiff*


**AGREED TO BY:**

*s/ Ashley C. Pack*
Ashley C. Pack, Esq. (WV State Bar No. 10477)
DINSMORE & SHOHL LLP
707 Virginia Street E., Suite 1300
Charleston, WV 25301
TEL: (304) 357-0900
FAX: (304) 357-0919
ashley.pack@dinsmore.com
*Counsel for Defendants*